# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
DANIEL WANGLER § Case No. 10-22580
MICHELLE WANGLER §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/18/2010 . The undersigned trustee was appointed on 04/07/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 250,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 587.07 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 249,412.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/23/2015 and the deadline for filing governmental claims was 07/23/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,726.18 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 0.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2016                By: /s/BRENDA PORTER HELMS, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-22580 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL WANGLER | | | | Date Filed (f) or Converted (c): | 05/18/2010 (f) |
| | MICHELLE WANGLER | | | | 341(a) Meeting Date: | 07/14/2010 |
| For Period Ending: | 02/01/2016 | | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate at 526 Chase, Lomard IL | 220,000.00 | 0.00 | | 0.00 | FA |
| stay lifted per order 9/10/10 | | | | | |
| 2. credit union with Evergreen Park schools | 828.24 | 0.00 | | 0.00 | FA |
| 3. Checking account at Chase | 200.00 | 0.00 | | 0.00 | FA |
| 4. Savings account at Chase Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Term life insurance with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 8. retirement plan with Met Life | 4,209.00 | 0.00 | | 0.00 | FA |
| 9. 2009 tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Toyota Highlander | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. 2009 Mimi Cooper Clubman | 18,125.00 | 0.00 | | 0.00 | FA |
| 12. Computer and desk | 150.00 | 0.00 | | 0.00 | FA |
| 13. lawn mower, snow plow, related garden tools and hand tools | Unknown | 0.00 | | 0.00 | FA |
| 14. Lawsuit v. Roman Catholic Diocese (u) | Unknown | 250,000.00 | | 250,000.00 | FA |
| Compromise with Roman Catholic Archdiocese granted 9/11/15. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $255,712.24 | $250,000.00 | | $250,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

1/15/16--Trustee is reviewing claims and tax matters
12/18/15--Settlement funds received
9/11/15-- Settlement with Roman Catholic Archdiocese approved. Waiting for funds from special counsel
4/3/15--Case reopened to recover personal injury claim

Exhibit A

Initial Projected Date of Final Report (TFR): 06/30/2016    Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-22580 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: | DANIEL WANGLER | Bank Name: | Associated Bank | |
|  | MICHELLE WANGLER | Account Number/CD#: | XXXXXX3730 | |
|  |  |  | Checking | |
| Taxpayer ID No: | XX-XXX3221 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/01/2016 | Separate Bond (if applicable): |  | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $215.75 | ($215.75) |
| 12/18/15 | 14 | Gallagher Bassett Service, Inc. | Settlement with Diocese of Joliet<br>posted to account 11/13/15 | 1249-000 | $250,000.00 |  | $249,784.25 |
| 01/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $371.32 | $249,412.93 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $250,000.00 | $587.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $250,000.00 | $587.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $250,000.00 | $587.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:            $250,000.00        $587.07

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3730 - Checking | $250,000.00 | $587.07 | $249,412.93 |
|  | $250,000.00 | $587.07 | $249,412.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $250,000.00 |
| Total Gross Receipts: | $250,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-22580
Debtor Name: DANIEL WANGLER
Claims Bar Date: 7/23/2015

Date: February 1, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | Trustee is waiving compensation | $0.00 | $0.00 | $0.00 |
| 100 3210 | Jeff Anderson & Associates, P.A. | Administrative | Special counsel contingency per order 12/11/15 - per retainer agreement, Anderson will split fees with this co-counsel Kerns Frost & Pearlman, LLC | $0.00 | $100,000.00 | $100,000.00 |
| 100 3220 | Jeff Anderson & Associates, P.A. | Administrative | $1,332.48 due to J. Anderson; $597.97 due to co-counsel, Kerns Frost & Pearlman | $0.00 | $1,930.45 | $1,930.45 |
| 1 300 7100 | Quantum3 Group LLC as agent for MOMA Funding LLC | Unsecured | | $0.00 | $199.52 | $199.52 |
| 2 300 7100 | Wells Fargo Bank<br>P.O. Box 10438<br>Des Moines IA 50306 | Unsecured | | $12,429.00 | $14,849.62 | $14,849.62 |
| 3 300 7100 | First American Bank<br>80 Stratford Drive<br>Bloomingdale IL 60108 | Unsecured | | $72,234.74 | $72,000.00 | $72,000.00 |
| 4 300 7100 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,248.01 | $4,248.01 | $4,248.01 |
| | Case Totals | | | $88,911.75 | $193,227.60 | $193,227.60 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-22580
Case Name: DANIEL WANGLER
            MICHELLE WANGLER
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 249,412.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 0.00 | $ 0.00 | $ 0.00 |
| Attorney for Trustee Fees: Jeff Anderson & Associates, P.A. | $ 100,000.00 | $ 0.00 | $ 100,000.00 |
| Attorney for Trustee Expenses: Jeff Anderson & Associates, P.A. | $ 1,930.45 | $ 0.00 | $ 1,930.45 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 101,930.45 |
| Remaining Balance | $ 147,482.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,297.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for MOMA Funding LLC | $ 199.52 | $ 0.00 | $ 199.52 |
| 2 | Wells Fargo Bank | $ 14,849.62 | $ 0.00 | $ 14,849.62 |
| 3 | First American Bank | $ 72,000.00 | $ 0.00 | $ 72,000.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 4,248.01 | $ 0.00 | $ 4,248.01 |

Total to be paid to timely general unsecured creditors          $          91,297.15

Remaining Balance          $          56,185.33

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.4  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,982.72 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 54,202.61 .