# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   §
                                         §
DANIEL WANGLER                           §    Case No. 10-22580
MICHELLE WANGLER                         §
                                         §
         Debtors                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                219 S. Dearborn Street
                Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/01/2016 in Courtroom 240,

                Kane County Courthouse
                100 S. Third Street
                Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/08/2016                           By: /s/ Brenda Porter Helms
                                                                              Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DANIEL WANGLER § Case No. 10-22580
MICHELLE WANGLER §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 250,000.00 |
| and approved disbursements of | $ | 587.07 |
| leaving a balance on hand of[1] | $ | 249,412.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Jeff Anderson & Associates, P.A. | $ 100,000.00 | $ 0.00 | $ 100,000.00 |
| Attorney for Trustee Expenses: Jeff Anderson & Associates, P.A. | $ 1,930.45 | $ 0.00 | $ 1,930.45 |

Total to be paid for chapter 7 administrative expenses     $     101,930.45

Remaining Balance     $     147,482.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,297.15  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for MOMA Funding LLC | $ 199.52 | $ 0.00 | $ 199.52 |
| 2 | Wells Fargo Bank | $ 14,849.62 | $ 0.00 | $ 14,849.62 |
| 3 | First American Bank | $ 72,000.00 | $ 0.00 | $ 72,000.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 4,248.01 | $ 0.00 | $ 4,248.01 |

Total to be paid to timely general unsecured creditors    $    91,297.15

Remaining Balance    $    56,185.33

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,982.72 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 54,202.61 .

Prepared By: /s/ Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Daniel R Wangler, III  
Michele L Wangler  
    Debtors

Case No. 10-22580-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dwilliams     Page 1 of 2     Date Rcvd: Mar 08, 2016  
                       Form ID: pdf006     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2016.

```
db            +Daniel R Wangler, III,   526 Chase,   Lombard, IL 60148-2931
jdb          #+Michele L Wangler,   526 Chase,   Lombard, IL 60148-2931
15590550       American Express,   P. O. Box 981535,   El Paso, TX 79998-1535
15590552      +American Express,   P. O. Box 981537,   El Paso, TX 79998-1537
23473638       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15590553      +Aurora Loan Servicing,   10350 Park Meadows Drive,   Lone Tree, CO 80124-6800
15590554       Bank of America,   P. O. Box 15019,   Wilmington, DE 19886-5019
15590556       Best Buy,   P. O. Box 15521,   Wilmington, DE 19850-5521
15590557      +County Rescue Service-Air,   1765 Allouez Avenue,   Green Bay, WI 54311-5645
23326924      +First American Bank,   80 Stratford Drive,   Bloomingdale, IL 60108-2219
15590558      +First American Bank,   P. O. Box 7983,   Elk Grove Village, IL 60009-7983
15590560      +GE Money Bank/Gap Card,   c/o Allied Interstate,   3000 Corporate Exchange Drive,
                 Columbus, OH 43231-7689
15590561      +Macy's/DSNB,   Bankruptcy Processing,   P. O. Box 8053,   Mason, OH 45040-8053
15590562      +Macy's/DSNB,   Bankruptcy Processsing,   P. O. Box 8053,   Mason, OH 45040-8053
15590565      +Neonatal Consultants, S. C.,   P. O. Box 57,   De Pere, WI 54115-0057
15590566      +Paratran Ambulance,   3157 South Duluth Avenue,   Sturgeon Bay, WI 54235-2970
15590567       Prevea Health,   P. O. Box 19041,   Green Bay, WI 54307-9041
15590570     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   P. O. Box 8026,
                 Cedar Rapids, IA 52409-8026)
15590569      +Tonia Tiano,   700 Ashland Road,   Louisville, KY 40215
15590571      +Triessent,   15358 Collect Center Drive,   Chicago, IL 60693-0153
15590573       WFNNB/Victoria's Secret,   Bankruptcy Department,   P. O. Box 182125,   Columbus, OH 43218-2125
23324686       Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
15590572       Wells Fargo Financial,   P. O. Box 98791,   Las Vegas, NV 89193-8791
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15590551      +E-mail/Text: egssupportservices@egscorp.com Mar 09 2016 04:06:31      American Express,
               c/o NCO Financial System, Inc.,   507 Prudential Road,   Horsham, PA 19044-2308
15590563       E-mail/Text: bankruptcynotices@bmwfs.com Mar 09 2016 04:07:04      MINI Financial Services,
               Customer Service Center,   P. O. Box 3608,   Dublin, OH 43016-0306
15590559      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2016 03:14:35      GE Money Bank/Gap Card,
               Attention: Bankruptcy Department,   P. O. Box 103104,   Roswell, GA 30076-9104
15590564       E-mail/Text: bkcy@creditmgt.com Mar 09 2016 04:05:45      Neonatal Consultants, S. C.,
               c/o Credit Control Management,   P. O. Box 1654,   Green Bay, WI 54305-1654
15590568       E-mail/Text: fsgb@fsgbcollections.com Mar 09 2016 04:08:19      Prevea Health,
               c/o Finance Systems of Green Bay,   301 N. Jackson St., P. O. Box 1597,
               Green Bay, WI 54305-1597
23226514       E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2016 04:05:42
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Jeff Anderson & Associates, PA
15590555*       Bank of America,   P. O. Box 15019,   Wilmington, DE 19886-5019
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2016                                                     Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams             Page 2 of 2                  Date Rcvd: Mar 08, 2016
                              Form ID: pdf006             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2016 at the address(es) listed below:

```
          Ariane   Holtschlag    on behalf of Debtor 1 Daniel R Wangler, III aholtschlag@wfactorlaw.com,
           bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          Ariane   Holtschlag    on behalf of Debtor 2 Michele L Wangler aholtschlag@wfactorlaw.com,
           bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
           brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Christopher M Brown    on behalf of Creditor    Aurora Loan Services, Inc.
           northerndistrict@atty-pierce.com,   Christopher.brown@pierceservices.com
          David E Grochocinski    on behalf of Debtor 1 Daniel R Wangler, III lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    on behalf of Debtor 2 Michele L Wangler lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman   Sukley    on behalf of U.S. Trustee Patrick S. Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                              TOTAL: 9
```