UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DANIEL WANGLER § | Case No. 10-22580 |
| MICHELLE WANGLER § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 241,446.28 *(Without deducting any secured claims)* | Assets Exempt: 14,265.96 |
| Total Distributions to Claimants: 93,279.87 | Claims Discharged Without Payment: 278,817.06 |
| Total Expenses of Administration: 102,517.52 | |

3) Total gross receipts of $ 250,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 54,202.61  (see **Exhibit 2**), yielded net receipts of $ 195,797.39  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 233,666.24 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 102,517.52 | 102,517.52 | 102,517.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,062.57 | 91,297.15 | 91,297.15 | 93,279.87 |
| **TOTAL DISBURSEMENTS** | $ 367,728.81 | $ 193,814.67 | $ 193,814.67 | $ 195,797.39 |

4) This case was originally filed under chapter 7 on 05/18/2010 . The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2016          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit v. Roman Catholic Diocese | 1249-000 | 250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 250,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DANIEL WANGLER and MICHELLE WANGLER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 54,202.61 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 54,202.61** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan Servicing 10350 Park Meadows Drive Lone Tree, CO 80124 | | 208,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MINI Financial Services Customer Service Center P. O. Box 3608 Dublin, OH 43016-0306 | | 22,344.96 | NA | NA | 0.00 |
| | Toyota Financial Services P. O. Box 8026 Cedar Rapids, IA 52409-8026 | | 3,321.28 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 233,666.24** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 587.07 | 587.07 | 587.07 |
| Jeff Anderson & Associates, P.A. | 3210-000 | NA | 100,000.00 | 100,000.00 | 100,000.00 |
| Jeff Anderson & Associates, P.A. | 3220-000 | NA | 1,930.45 | 1,930.45 | 1,930.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 102,517.52** | **$ 102,517.52** | **$ 102,517.52** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tonia Tiano;700 Ashland Road;Louisville, KY 40207 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o NCO Financial System, Inc. 507 Prudential Road Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | American Express P. O. Box 981537 El Paso, TX 79998 | | 4,121.00 | NA | NA | 0.00 |
| | Bank of America P. O. Box 15019 Wilmington, DE 19886-5019 | | 14,747.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P. O. Box 15019 Wilmington, DE 19886-5019 | | 16,446.83 | NA | NA | 0.00 |
| | Best Buy P. O. Box 15521 Wilmington, DE 19850-5521 | | 30.00 | NA | NA | 0.00 |
| | County Rescue Service-Air 1765 Allouez Avenue Green Bay, WI 54311 | | 1,815.29 | NA | NA | 0.00 |
| | GE Money Bank/Gap Card Attention: Bankruptcy Department P. O. Box 103104 Roswell, GA 30076 | | 473.79 | NA | NA | 0.00 |
| | GE Money Bank/Gap Card c/o Allied Interstate 3000 Corporate Exchange Drive Columbus, OH 43231 | | 0.00 | NA | NA | 0.00 |
| | Macy's/DSNB Bankruptcy Processing P. O. Box 8053 Mason, OH 45040 | | 3,533.94 | NA | NA | 0.00 |
| | Macy's/DSNB Bankruptcy Processsing P. O. Box 8053 Mason, OH 45040 | | 1,684.44 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Neonatal Consultants, S. C. c/o Credit Control Management P. O. Box 1654 Green Bay, WI 54305-1654 | | 951.72 | NA | NA | 0.00 |
| | Neonatal Consultants, S. C. P. O. Box 57 De Pere, WI 54115 | | 0.00 | NA | NA | 0.00 |
| | Paratran Ambulance 3157 South Duluth Avenue Sturgeon Bay, WI 54235 | | 436.10 | NA | NA | 0.00 |
| | Prevea Health c/o Finance Systems of Green Bay 301 N. Jackson St., P. O. Box 1597 Green Bay, WI 54305-1597 | | 0.00 | NA | NA | 0.00 |
| | Prevea Health P. O. Box 19041 Green Bay, WI 54307-9041 | | 100.00 | NA | NA | 0.00 |
| | Triessent 15358 Collect Center Drive Chicago, IL 60693 | | 657.79 | NA | NA | 0.00 |
| | WFNNB/Victoria's Secret Bankruptcy Department P. O. Box 182125 Columbus, OH 43218-2125 | | 152.44 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 4,248.01 | 4,248.01 | 4,248.01 | 4,248.01 |
| 3 | First American Bank | 7100-000 | 72,234.74 | 72,000.00 | 72,000.00 | 72,000.00 |
| 1 | Quantum3 Group LLC as agent for MOMA Funding LLC | 7100-000 | NA | 199.52 | 199.52 | 199.52 |
| 2 | Wells Fargo Bank | 7100-000 | 12,429.00 | 14,849.62 | 14,849.62 | 14,849.62 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 92.26 |
| | First American Bank | 7990-000 | NA | NA | NA | 1,563.64 |
| | Quantum3 Group LLC as agent for MOMA Funding LLC | 7990-000 | NA | NA | NA | 4.33 |
| | Wells Fargo Bank | 7990-000 | NA | NA | NA | 322.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 134,062.57 | $ 91,297.15 | $ 91,297.15 | $ 93,279.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-22580 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | DANIEL WANGLER | | | | Date Filed (f) or Converted (c): | 05/18/2010 (f) |
| | MICHELLE WANGLER | | | | 341(a) Meeting Date: | 07/14/2010 |
| For Period Ending: | 05/05/2016 | | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate at 526 Chase, Lomard IL | 220,000.00 | 0.00 | | 0.00 | FA |
| stay lifted per order 9/10/10 | | | | | |
| 2. credit union with Evergreen Park schools | 828.24 | 0.00 | | 0.00 | FA |
| 3. Checking account at Chase | 200.00 | 0.00 | | 0.00 | FA |
| 4. Savings account at Chase Bank | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Term life insurance with State Farm | 0.00 | 0.00 | | 0.00 | FA |
| 8. retirement plan with Met Life | 4,209.00 | 0.00 | | 0.00 | FA |
| 9. 2009 tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Toyota Highlander | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. 2009 Mimi Cooper Clubman | 18,125.00 | 0.00 | | 0.00 | FA |
| 12. Computer and desk | 150.00 | 0.00 | | 0.00 | FA |
| 13. lawn mower, snow plow, related garden tools and hand tools | Unknown | 0.00 | | 0.00 | FA |
| 14. Lawsuit v. Roman Catholic Diocese (u) | Unknown | 250,000.00 | | 250,000.00 | FA |
| Compromise with Roman Catholic Archdiocese granted 9/11/15. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $255,712.24 | $250,000.00 | | $250,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

1/15/16--Trustee is reviewing claims and tax matters
12/18/15--Settlement funds received
9/11/15-- Settlement with Roman Catholic Archdiocese approved. Waiting for funds from special counsel
4/3/15--Case reopened to recover personal injury claim

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 06/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-22580 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DANIEL WANGLER | Bank Name: Associated Bank |
| MICHELLE WANGLER | Account Number/CD#: XXXXXX3730 |
| | Checking |
| Taxpayer ID No: XX-XXX3221 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $215.75 | ($215.75) |
| 12/18/15 | 14 | Gallagher Bassett Service, Inc. | Settlement with Diocese of Joliet<br>posted to account 11/13/15 | 1249-000 | $250,000.00 | | $249,784.25 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $371.32 | $249,412.93 |
| 04/04/16 | 101 | Jeff Anderson & Associates, P.A. | Distribution | | | $101,930.45 | $147,482.48 |
| | | Jeff Anderson & Associates, P.A. | Final distribution representing a payment of 100.00 % per court order. | ($100,000.00) | 3210-000 | | |
| | | Jeff Anderson & Associates, P.A. | Final distribution representing a payment of 100.00 % per court order. | ($1,930.45) | 3220-000 | | |
| 04/04/16 | 102 | Quantum3 Group LLC as agent for MOMA Funding LLC | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $203.85 | $147,278.63 |
| | | | | ($4.33) | 7990-000 | | |
| | | Quantum3 Group LLC as agent for MOMA Funding LLC | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($199.52) | 7100-000 | | |
| 04/04/16 | 103 | Wells Fargo Bank<br>P.O. Box 10438<br>Des Moines IA 50306 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $15,172.11 | $132,106.52 |
| | | | | ($322.49) | 7990-000 | | |
| | | Wells Fargo Bank | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($14,849.62) | 7100-000 | | |
| 04/04/16 | 104 | First American Bank<br>80 Stratford Drive<br>Bloomingdale IL 60108 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $73,563.64 | $58,542.88 |
| | | | | ($1,563.64) | 7990-000 | | |

| | | | Page Subtotals: | | $250,000.00 | $191,457.12 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-22580 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: DANIEL WANGLER | Bank Name: | Associated Bank |
| MICHELLE WANGLER | Account Number/CD#: | XXXXXX3730 |
| | | Checking |
| Taxpayer ID No: XX-XXX3221 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 05/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | First American Bank | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($72,000.00) | 7100-000 | | |
| 04/04/16 | 105 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $4,340.27 | $54,202.61 |
| | | | | ($92.26) | 7990-000 | | |
| | | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($4,248.01) | 7100-000 | | |
| 04/04/16 | 106 | DANIEL WANGLER and MICHELLE WANGLER | Distribution of surplus funds to debtor. | | 8200-002 | $54,202.61 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $250,000.00 | $250,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $250,000.00 | $250,000.00 |
| Less: Payments to Debtors | $0.00 | $54,202.61 |
| Net | $250,000.00 | $195,797.39 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $58,542.88 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3730 - Checking | $250,000.00 | $195,797.39 | $0.00 |
|  | $250,000.00 | $195,797.39 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $250,000.00 |
| Total Gross Receipts: | $250,000.00 |

Page Subtotals:  $0.00  $0.00